CANADY *v.* FLANDERS, executor.

PER CURIAM. The court did not err in granting a nonsuit.

*Judgment affirmed on the main bill of exceptions. Cross-bill dismissed. All the Justices concur.*

Nos. 3477, 3517. SEPTEMBER 5, 1923.

Complaint for land. Before Judge Hardeman. Emanuel superior court. October 10, 1922. See 151 *Ga.* 531.

*C. T. Guyton* and *T. N. Brown,* for plaintiff.

*J. Alex. Smith & Son* and *A. S. Bradley,* for defendant.